IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
OLD REPUBLIC INSURANCE COMPANY, and
RBR CONSTRUCTION, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on **ORIC's Unopposed Motion for Leave to File Amended Pleadings** [docket no 40, filed July 31, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Clerk of Court is directed to accept for filing ORIC's First Amended Answer, Counterclaim, Crossclaims and Jury Demand and First Amended Third-Party Complaint.

DATED:  August 1, 2013