IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
OLD REPUBLIC INSURANCE COMPANY, and
RBR CONSTRUCTION, INC.,

Defendants.

_____

**ORDER**
_____

This matter arises on Landmark's **Motion to Stay Declaratory Action** [Doc. # 45, filed 8/8/2013] (the "Motion to Stay"). I held a hearing on the Motion to Stay this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Stay [Doc. # 45] is DENIED.

Dated September 18, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge