IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 13-cv-00507-REB-BNB | Date: | August 6, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| THE PHOENIX INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br>**Plaintiff(s)** | *Nancy L. Pearl* |
| v. | |
| CANTEX, INC., CONCRETE MANAGEMENT CORP, LANDMARK AMERICAN INSURANCE COMPANY, OLD REPUBLIC INSURANCE COMPANY, RBR CONSTRUCTION, INC.,<br>**Defendant(s)** | *Gregory Alan Davis*<br><br>*Michael S. Knippen*<br>*Peter J. Morgan*<br>*Paul D. Cooper* |
| CONTINENTAL INSURANCE COMPANY, AMERISURE INSURANCE COMPANY<br>**Third Party Defendant(s)** | *Michael Parsons*<br>*Jon F. Sands* |

**COURTROOM MINUTES**

**STATUS CONFERENCE AND MOTIONS HEARING**

Court in Session:  1:58 p.m.  Appearances of counsel.

This matter is before the court for a status conference and Motions Hearing regarding Landmark American Insurance Company's Motion for Leave to File Amended Crossclaim for Declaratory Judgment [94] filed July 8, 2014, Plaintiffs' Motion for Leave to Amend their Complaint [97] filed July 15, 2014, and Cantex Inc.'s Motion to Stay or Dismiss [102] filed August 1, 2014.

Parties agree to set up briefing schedule on Cantex Inc.'s Motion to Stay or Dismiss.

For the reasons stated on the record, it is

**ORDERED:** **Plaintiffs' Motion for Leave to Amend their Complaint is GRANTED. The clerk of the court shall accept the First Amended Complaint for Declaratory and Other Relief [97-1] for filing.**

**ORDERED:** **Landmark American Insurance Company's Motion for Leave to File Amended Crossclaim for Declaratory Judgment is GRANTED. The clerk of the court shall accept the Amended Crossclaim for Declaratory Judgment Against Co-Defendants Cantex, Inc.; RBR Construction, Inc.; and Concrete Management Corp. [94-1] for filing.**

Parties will follow standard briefing schedule for Cantex Inc.'s Motion to Stay or Dismiss. A hearing on this motion is set for September 18, 2014 at 3:00 p.m.

Hearing concluded.

Court in Recess:     2:17 p.m.

Total time in Court:    00:19

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119