**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
OLD REPUBLIC INSURANCE COMPANY,
RBR CONSTRUCTION, INC.,

    Defendants,

and

OLD REPUBLIC INSURANCE COMPANY,

    Third Party Plaintiff,

v.

CONTINENTAL INSURANCE COMPANY,
AMERICAN INSURANCE COMPANY,
LANDMARK AMERICAN INSURANCE COMPANY, and
AMERISURE INSURANCE COMPANY,

    Third Party Defendants.

---

**ORDER OF DISMISSAL AS TO
DEFENDANT, RBR CONSTRUCTION, INC., ONLY**

---

**Blackburn, J.**

The matter is before the court on the **Stipulation of Dismissal** [#115][1] filed August 20, 2014.  After reviewing the stipulation and the record, the court has concluded that the stipulation should be approved and that plaintiffs' claims against defendant, RBR Construction, Inc., should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation of Dismissal** [#115] filed August 20, 2014, is **APPROVED**;

2.  That plaintiffs' claims against defendant, RBR Construction, Inc., are **DISMISSED**; and

3.  That defendant, RBR Construction, Inc., is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated August 20, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[1] "[#115]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

2