IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Plaintiffs,

v.

CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY, and
OLD REPUBLIC INSURANCE COMPANY,

Defendants,

and

OLD REPUBLIC INSURANCE COMPANY,

Third Party Plaintiff,

v.

AMERICAN INSURANCE COMPANY,
LANDMARK AMERICAN INSURANCE COMPANY,
AMERISURE INSURANCE COMPANY,

Third Party Defendants.

_____

**ORDER**
_____

The docket sheet indicates that the **Unopposed Motion of Continental Insurance Company for Leave to File Cross-Claim for Declaratory Judgment** [Doc. # 110, filed 8/13/2014] (the "Motion") is pending. Through the Motion, Continental Insurance seeks leave to file a cross-claim against Cantex, Inc.

On August 25, 2014, the district judge entered orders [Doc. ## 127, 128] dropping Continental Insurance and Cantex as parties to this action.  As a result, the Motion [Doc. # 110] is moot.

IT IS ORDERED that the Motion [Doc. # 110] is DENIED as moot.

Dated August 26, 2014.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge