**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
OLD REPUBLIC INSURANCE COMPANY,
RBR CONSTRUCTION, INC.,

    Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court on the **Unopposed Motion To Amend Order of Cantex Inc.** [#138][2] filed August 27, 2014. After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Amend Order of Cantex Inc.** [#138] filed August 27, 2014, is **GRANTED**; and

2. That **Cantex Inc.'s Motion to Stay or Dismiss** [#102] filed August 1, 2014, **SHALL BE** reinstated.

Dated: August 28, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#138]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.