**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
OLD REPUBLIC INSURANCE COMPANY,
RBR CONSTRUCTION, INC.,

    Defendants.

**ORDER DISMISSING DEFENDANT, OLD REPUBLIC INSURANCE COMPANY,
ONLY**

**Blackburn, J.**

    The matter is before the court on the **Stipulation of Dismissal Between Plaintiffs and Defendant ORIC Only** [#142][1] and the **Notice That ORIC is No Longer a Party** [#142-1] both filed September 2, 2014. After reviewing the stipulation, notice, and the record, I conclude that the stipulation should be approved and that plaintiffs' claims against defendant, Old Republic Insurance Company, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#142]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1. That the **Stipulation of Dismissal Between Plaintiffs and Defendant ORIC Only** [#142] filed September 2, 2014, is **APPROVED**;

2. That plaintiffs' claims against defendant, Old Republic Insurance Company, are **DISMISSED WITH PREJUDICE**; and

3. That defendant, Old Republic Insurance Company, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

Dated September 2, 2014, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge