**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

     Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY, and
RBR CONSTRUCTION, INC.,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matter is before the court on the **Motion For Leave to File One Day Late Cantex Inc.'s Reply Brief in Support of its Motion to Stay or Dismiss** [#151][2] filed September 9, 2014.  The motion is **GRANTED** and **Cantex Inc.'s Reply in Support of Its Motion to Stay or Dismiss** [#151-1] is accepted for filing.

     Dated:  September 10, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#151]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.