**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Plaintiffs,
v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY, and
RBR CONSTRUCTION, INC.,

    Defendants.

## MINUTE ORDER[1]

The matter is before the court on **Cantex Inc.'s Withdrawal of its Motion to Sever**[2] [#162][3] filed September 24, 2014.  After reviewing the document and the record, the court has concluded that document should be withdrawn.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Cantex Inc.'s Withdrawal of its Motion to Sever** [#162] filed September 24, 2014, is **GRANTED**; and

2. That **Cantex Inc.'s Motion to Sever Travelers' Reimbursement Claim** [#145] filed September 5, 2014, is **WITHDRAWN**.

Dated:  September 24, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] The document is docketed as a motion to withdraw.

[3] "[#162]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.