IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
CONTINENTAL INSURANCE COMPANY, and
AMERISURE INSURANCE COMPANY,

Defendants,

and

CANTEX, INC.,

Third Party Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, and
CONTINENTAL CASUALTY COMPANY,

Third-Party Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)     **Cantex' Motion to File Third-Party Complaint** [Doc. # 164, filed 9/24/2014] (the "Motion") is GRANTED;

      (2)      The hearing on the Motion [Doc. # 164] set for October 30, 2014, at 4:00 p.m., is VACATED, and

      (3)      The case caption is modified as indicated above.

DATED:  October 21, 2014