IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
CONTINENTAL INSURANCE COMPANY, and
AMERISURE INSURANCE COMPANY,

Defendants,

and

CANTEX, INC.,

Third-Party Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, and
CONTINENTAL INSURANCE COMPANY,

Third-Party Defendants.

_____

## ORDER
_____

Pending is **Amerisure Insurance Company's Motion to Strike Defendant Cantex, Inc.'s Crossclaims Against Amerisure** [Doc. # 179, filed 10/27/2014] (the "Motion to Strike"), which is DENIED for the reasons stated on the record at the scheduling conference this morning.

Dated January 13, 2015.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge