**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-NYW

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

      Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP., and
LANDMARK AMERICAN INSURANCE COMPANY,

      Defendants.

---

**MINUTE ORDER**[1]

---

The matter before the court is the **Unopposed Motion for an Order Extending Expert Witness Related Deadlines** [#234][2] filed April 27, 2015.  The motion is granted in part.  After reviewing the motion, the file, and the record, it is

**ORDERED** as follows:

1.  That the **Unopposed Motion for an Order Extending Expert Witness Related Deadlines** [#234] filed April 27, 2015, is granted to the extent defendant Cantex Inc. seeks an extension of the deadline for filing of motions under Fed. R. Evid. 702, 703, and 704;

2.  That the deadline for filing motions under Fed. R. Evid. 702, 703, and 704 is extended, as to all parties, to August 17, 2015;

3.  That the **Trial Preparation Conference Order** [#211] filed January 13, 2015, is amended and supplemented accordingly; and

4.  That assigned magistrate judge will address the other relief sought in the motion [#234].

Dated: April 29, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#234]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.