**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00507-REB-NYW

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP., and
LANDMARK AMERICAN INSURANCE COMPANY,

Defendants.

---

**MINUTE ORDER**

---

Entered by Magistrate Judge Nina Y. Wang

This civil action comes before the court on the Unopposed Motion for an Order Extending Expert Witness Related Deadlines [#234], filed April 27, 2015 (the "Motion"). Pursuant to the Order Referring Motion [#235] dated April 28, 2015, the Motion is before this Magistrate Judge.

IT IS ORDERED that the Motion is GRANTED AS FOLLOWS:

(1) The Parties shall designate all affirmative experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 16, 2015**;

(2) The Parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 16, 2015**.

DATED April 28, 2015