IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 13-cv-00507-REB-NYW | Date: | June 8, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-205 |

| *Parties* | *Attorney(s)* |
|---|---|
| THE PHOENIX INSURANCE COMPANY,<br>THE TRAVELERS INDEMNITY COMPANY,<br>TRAVELERS PROPERTY CASUALTY COMPANY<br>OF AMERICA,<br>     **Plaintiffs,**<br><br>v.<br><br>CANTEX, INC.,<br>CONCRETE MANAGEMENT CORP,<br>LANDMARK AMERICAN INSURANCE COMPANY,<br><br>     **Defendants,**<br><br>&<br><br>CONTINENTAL INSURANCE COMPANY,<br>AMERISURE INSURANCE COMPANY,<br>SCOTTSDALE INSURANCE COMPANY,<br><br>     **Third Party Defendants.** | <br><br><br><br><br><br><br><br>*Gregory Alan Davis*<br>*Ethan H. Siebert*<br><br><br><br><br><br><br>*Michael Anthony Parsons, II*<br>*Katherine Karamalegos Kust*<br>*Jeffrey A. Garcia*<br>*Francis Maurice Cavanaugh* |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

Court in Session:  1:55 p.m.

Appearance of counsel. No one appears for Plaintiffs, Concrete Management Corp., and Landmark American Insurance Company.

Discussion and argument held on Defendant Scottsdale Insurance Company's Motion to Dismiss [194] filed November 21, 2014.

**ORDERED: Defendant Scottsdale Insurance Company's Motion to Dismiss [194] is TAKEN UNDER ADVISEMENT.**

Discussion and argument held on Continental Casualty Company's Motion to Dismiss "Bad Faith" Claim and Answer [189] filed November 14, 2014.

**ORDERED: Continental Casualty Company's Motion to Dismiss "Bad Faith" Claim and Answer [189] is TAKEN UNDER ADVISEMENT. Parties shall file a brief, on or before June 12, 2015, regarding choice of law related to Kipling.**

Court in Recess:  2:45 p.m.    Hearing concluded.    Total time in Court:  00:50

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.