**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

      Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
OLD REPUBLIC INSURANCE COMPANY, and
RBR CONSTRUCTION, INC.

      Defendants.

## ORDER DISMISSING CLAIMS

**Blackburn, J.**

      The matter is before me on the **Stipulation for Dismissal With Prejudice of Claims Between Cantex Inc., and Landmark American Insurance Company** [#243],[1] filed June 15, 2015.  After careful review of the stipulation and the record, I conclude that the stipulation should be approved and the cross-claims between these two co-defendants dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation for Dismissal With Prejudice of Claims Between Cantex Inc., and Landmark American Insurance Company** [#243], filed June 15, 2015, is approved;

---

[1] "[#243]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

      2.  That all cross-claims asserted by Landmark American Insurance Company against Cantex, Inc., alleged in **Landmark American Insurance Company's Amended Crossclaim for Declaratory Judgment Against Co-Defendants Cantex, Inc., RBR Construction, Inc., and Concrete Management Corp.** [#107], filed August 7, 2014, are dismissed with prejudice; and

      3.  That all cross-claims [mis-designated as counterclaims in the pleadings] asserted by Cantex, Inc., against Landmark American Insurance Company alleged in the **Amended Answer and Counterclaim of Defendant Cantex Inc. to Landmark American Insurance Company's First Amended Crossclaim** [#168], filed October 3, 2014, are dismissed with prejudice.

      Dated June 16, 2015, at Denver, Colorado.

                                      **BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge