IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00507-REB-NYW

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Plaintiffs,

v.

CANTEX, INC.,
LANDMARK AMERICAN INSURANCE COMPANY,
OLD REPUBLIC INSURANCE COMPANY,
CONTINENTAL INSURANCE COMPANY, and
AMERISURE INSURANCE COMPANY

    Defendants,

and

CANTEX, INC.,

    Third Party Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, and
CONTINENTAL CASUALTY COMPANY,

    Third Party Defendants.

---

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
---

Magistrate Judge Nina Y. Wang

    This matter comes before the court on (1) Continental Casualty Company's Motion to Dismiss "Bad Faith" Claim and Answer filed on November 14, 2014 ("Continental Motion to Dismiss") [#189] and (2) Continental Casualty Company's Joinder In Motion To Dismiss "Bad

Faith" Claim And Answer filed on November 21, 2014 [#204]. These motions were referred to the undersigned Magistrate Judge pursuant to the Order Referring Case dated February 27, 2013 [#3] and the Memorandum dated November 17, 2014 [#191] and the Reassignment dated February 9, 2015 [#218]. The court heard oral argument on these motions on June 8, 2015.

Pursuant to the Notice of Settlement filed by Cantex, Inc., Continental Insurance Company, and Continental Casualty Company [#245], the undersigned Magistrate Judge respectfully RECOMMENDS that:

(1)   Continental Casualty Company's Motion to Dismiss "Bad Faith" Claim and Answer [#189] be DENIED AS MOOT; and

(2)   Continental Casualty Company's Joinder In Motion To Dismiss "Bad Faith" Claim And Answer filed on November 21, 2014 [#204] be DENIED AS MOOT.

DATED:  June 18, 2015                         BY THE COURT:

                                              s/ Nina Y. Wang
                                              United States Magistrate Judge