**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
OLD REPUBLIC INSURANCE COMPANY, and
RBR CONSTRUCTION, INC.

    Defendants.

## ORDER DISMISSING CROSS CLAIMS

**Blackburn, J.**

The matter is before me on the **Stipulation for Voluntary Dismissal of Landmark's Amended Crossclaim** [*sic*] **Against Co-Defendant Concrete Management Corp.** [#249],[1] filed June 19, 2015. After careful review of the stipulation and the record, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Voluntary Dismissal of Landmark's Amended Crossclaim** [*sic*] **Against Co-Defendant Concrete Management Corp.** [#249], filed June 19, 2015, is approved; and

---

[1] "[#249]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2.  That the cross claims of defendant, Landmark American Insurance Company, against defendant, Concrete Management Corp., alleged in **Landmark American Insurance company's Amended Crossclaim** [*sic*] **for Declaratory Judgment Against Co-Defendants Cantex, Inc., RBR Construction, Inc., and Concrete Management Corp.** [#107] filed August 7, 2014, are dismissed with prejudice.

Dated June 22, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge