**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

      Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
CONTINENTAL INSURANCE COMPANY, and
AMERISURE INSURANCE COMPANY,

      Defendants,

and

CANTEX, INC.,

      Third Party Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, and
CONTINENTAL CASUALTY COMPANY,

      Third Party Defendants.

---

**ORDER DISMISSING CLAIMS**

---

Blackburn, J.

      The matter before me is the **Stipulation for Dismissal With Prejudice of**

**Claims Between Cantex, Inc., Continental Insurance Company, and Continental**

**Casualty Company** [#256],[1] filed July 16, 2015.  After careful review of the stipulation and the record, I conclude that the stipulation should be approved and that the implicated claims should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal With Prejudice of Claims Between Cantex, Inc., Continental Insurance Company, and Continental Casualty Company** [#256], filed July 16, 2015, is approved; and

    2.  That the following claims are dismissed with prejudice:

        a.  All claims asserted by third-party defendant Continental Insurance Company against third-party plaintiff Cantex, Inc., in its Crossclaim [#161];

        b.  All claims asserted by defendant Cantex, Inc., against defendant Continental Insurance Company in its Counterclaim [#169]; and

        c.  All claims asserted by third-party plaintiff Cantex, Inc., against third-party defendant Continental Casualty Company alleged in Cantex, Inc.'s Third-Party Complaint [#174].

    Dated July 22, 2015, at Denver, Colorado.

                    **BY THE COURT:**

                    Robert E. Blackburn
                    United States District Judge

---

[1] "[#256]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.