**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

      Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
CONTINENTAL INSURANCE COMPANY, and
AMERISURE INSURANCE COMPANY,

      Defendants,

and

CANTEX, INC.,

      Third Party Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, and
CONTINENTAL CASUALTY COMPANY,

      Third Party Defendants.

---

**ORDER DISMISSING CLAIMS**

---

**Blackburn, J.**

      The matter is before me is the **Stipulation for Dismissal With Prejudice of**

**All of Plaintiffs' Remaining Claims Against the Insurance Company Defendants**

**and Voluntary Dismissal of Claims Against Concrete Management Corp. Without**

**Prejudice** [#257],[1] filed July 21, 2015.  After careful review of the stipulation and the record, I conclude that the stipulation should be approved and that the implicated claims should be dismissed.

 **THEREFORE, IT IS ORDERED** as follows:

 1.  That the **Stipulation for Dismissal With Prejudice of All of Plaintiffs' Remaining Claims Against the Insurance Company Defendants and Voluntary Dismissal of Claims Against Concrete Management Corp. Without Prejudice** [#257], filed July 21, 2015, is approved;

 2.  That the following claims are dismissed with prejudice:

  a.  Plaintiffs' claims against defendant Landmark American Insurance Company;

  b.  Plaintiffs' claims against defendant Amerisure Insurance Company; and

  c.  Plaintiffs' claims against defendant Continental Insurance Company;

 3.  That plaintiffs' claims against defendant Concrete Management Corp. are dismissed without prejudice; and

 4.  That plaintiffs are dismissed and dropped as parties to this action.

 Dated July 22, 2015, at Denver, Colorado.

        **BY THE COURT:**

        Robert E. Blackburn
        United States District Judge

---

 [1]"[#257]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.