**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-BNB

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

 Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
CONTINENTAL INSURANCE COMPANY, and
AMERISURE INSURANCE COMPANY,

 Defendants,

and

CANTEX, INC.,

 Third Party Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, and
CONTINENTAL CASUALTY COMPANY,

 Third Party Defendants.

**ORDER**

**Blackburn, J.**

 This matter is before me *sua sponte*. In light of a spate of recent (and less recent) dismissals of various claims and parties, it appears that the complexion of this case has changed substantially. All claims of the original plaintiffs have now been

dismissed.  (*See* **Order Dismissing Claims** [#259], filed July 22, 2015.)  A number of counterclaims, cross-claims, and third-party claims have been dismissed.  (*See, e.g.*, [## 243, 250, 247, 250, 258.)  Given the somewhat convoluted history of this case, and the relative imminence of the dispositive motions deadline and the trial, the court requires guidance from the parties about what claims and parties remain.

**THEREFORE, IT IS ORDERED** that on or before **August 1, 2015**, the parties shall file a joint status report identifying the remaining parties and claims.

Dated July 22, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2