**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-NYW

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Plaintiffs,

v.

**CANTEX, INC.,**
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
CONTINENTAL INSURANCE COMPANY, and
**AMERISURE INSURANCE COMPANY,**

    Defendants,

and

CANTEX, INC.,

    Third-Party Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, and
CONTINENTAL CASUALTY COMPANY,

    Third-Party Defendants.

---

**ORDER DISMISSING CROSS CLAIMS OF CANTEX, INC.
AGAINST AMERISURE INSURANCE COMPANY**

---

**Blackburn, J.**

    The matter is before me on the **Stipulation for Dismissal With Prejudice of Claims Between Cantex Inc. and Amerisure Insurance Company** [#343],[1] filed

---

[1] "[#343]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this

November 19, 2015.  After careful review of the stipulation and the record, I conclude that the stipulation should be approved and that the cross claims of defendant Cantex, Inc., against defendant Amerisure Insurance Company alleged in the **Crossclaim of Defendant Cantex Inc. Against Amerisure Insurance Company** [#169], filed October 3, 2014, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation for Dismissal With Prejudice of Claims Between Cantex Inc. and Amerisure Insurance Company** [#343], filed November 19, 2015, is approved; and

2.  That the cross claims of defendant Cantex, Inc., against defendant Amerisure Insurance Company alleged in **Crossclaim of Defendant Cantex Inc. Against Amerisure Insurance Company** [#169], filed October 3, 2014, are dismissed with prejudice.

Dated November 23, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

convention throughout this order.