**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00507-REB-NYW

THE PHOENIX INSURANCE COMPANY,
THE TRAVELERS INDEMNITY COMPANY, and
THE TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

    Plaintiffs,

v.

CANTEX, INC.,
CONCRETE MANAGEMENT CORP.,
LANDMARK AMERICAN INSURANCE COMPANY,
CONTINENTAL INSURANCE COMPANY, and
AMERISURE INSURANCE COMPANY,

    Defendants,

and

CANTEX, INC.,

    Third-Party Plaintiff,

v.

SCOTTSDALE INSURANCE COMPANY, and
CONTINENTAL CASUALTY COMPANY,

    Third-Party Defendants.

## ORDER FOR JUDGMENT

**Blackburn, J.**

    This matter is before me *sua sponte*. By order entered November 23, 2015, the last remaining claims in this lawsuit have been dismissed. (*See* **Order Dismissing Cross-Claims of Cantex, Inc. Against Amerisure Insurance Company** [#344], filed

November 23, 2015.)  As a result, all claims in this lawsuit have either been dismissed by stipulation of the parties or order of the court.  Thus, it is appropriate to enter judgment and close this case.

**THEREFORE, IT IS ORDERED** as follows:

1. That in accordance with my **Order Granting Motion for Summary Judgment of Third-Party Defendant Scottsdale Insurance Company** ¶ 7 at 11-12 [#342], filed November 9, 2015, judgment shall enter in favor of third-party defendant Scottsdale Insurance Company and against third-party plaintiff Cantex, Inc.;

2. That  in accordance with my **Order Granting Motion for Summary Judgment of Third-Party Defendant Scottsdale Insurance Company** ¶ 8 at 12 [#342], filed November 9, 2015,  third-party defendant Scottsdale Insurance Company is awarded its costs against third-party plaintiff Cantex, Inc., to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

3. That this case is closed.

Dated November 24, 2015, at Denver, Colorado.

                                      **BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge